TYLER *et al. v.* KEMP.

PER CURIAM. On the trial of an issue involving the value of timber trees, the opinions of witnesses as to their value are not conclusive upon the jury. Under the evidence in this case it could not be said that the only verdict that could have been rendered was one for the plaintiff for the particular amount found in his favor. There was also an issue of fact as to whether the plaintiffs in error were liable under the allegations of the petition. It was error, therefore, for the court to direct a verdict for the plaintiff. *Judgment reversed. All the Justices concur.*

No. 34. JANUARY 15, 1918.

Equitable petition. Before Judge Cox. Dougherty superior court. December 6, 1916.

*W. I. Geer,* for plaintiffs in error. *T. H. Milner,* contra.